1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff Liliya Perelman
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **CENTRAL DISTRICT OF CALIFORNIA**
9

10 | LILIYA PERELMAN,              ) Case No.: CV 10-190 SS
                                  )
11 |        Plaintiff,             ) ORDER AWARDING EQUAL
                                  ) ACCESS TO JUSTICE ACT
12 |    vs.                        ) ATTORNEY FEES AND EXPENSES
                                  ) PURSUANT TO 28 U.S.C. § 2412(d)
13 | MICHAEL J. ASTRUE,            ) AND COSTS PURSUANT TO 28
     Commissioner of Social Security, ) U.S.C. § 1920
14 |                               )
            Defendant              )
15                                 )
   |_____)
16

17      Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19      IT IS ORDERED that fees and expenses in the amount of $2,790.00 as

20 authorized by 28 U.S.C. § 2412 and costs in the amount of ($60.00) as authorized

21 by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

22 DATE:   10/6/10                          /S/

23                                 _____
                                   THE HONORABLE SUZANNE H. SEGAL
24                                 UNITED STATES MAGISTRATE JUDGE

25

26

1 | Respectfully submitted,
2 | LAW OFFICES OF Lawrence D. Rohlfing
3 |       /s/ Lawrence D. Rohlfing
  | _____
4 | Lawrence D. Rohlfing
  | Attorney for plaintiff Liliya Perelman